UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELAINE HUTCHINSON,  )
  )
    Plaintiff,  )
v.  )  CASE NO. 4:13CV-0216
  )
  )
USA DISCOUNTERS, LTD.,  )
    Defendants,  )
  )
  )

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** with prejudice. The clerk of the Court is **DIRECTED** to close the case.

**SO ORDERED** this \_\_10\_\_ day of June, 2014.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia